**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT LOUISIANA**
**SHREVEPORT**

| | | |
|---|---|---|
| **DANIEL BECKMAN, ET AL** | * | **CIVIL ACTION NO. 5:11-CV-00617** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **EXCO RESOURCES, INC., ET AL** | * | **MAGISTRATE JUDGE HORNSBY** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

The Plaintiffs, Daniel Beckman, Rebecca Ann Jordan Ford and Hoyt Bryan Ford, Merritt and Gerald H. Lorey, Christi P. and Derek W. Naquin, and Fleming Brothers Inc., along with the Defendants, EXCO Resources, Inc. and EXCO Operating Company, LP, (all together the "Parties") represent that they have fully settled and compromised their claims and all disputes involved in this action.  Accordingly, no claims remain to be resolved in this lawsuit, and the Parties respectfully request that this matter, and all claims made herein, be dismissed with prejudice.

WHEREFORE, the Parties respectfully request that the captioned action and all claims raised herein be dismissed, with prejudice, with costs borne as agreed between the parties in connection with their settlement.

Respectfully submitted jointly by:

BRADLEY MURCHISON
KELLY & SHEA LLC

By: _____s/ Leland G. Horton_____

F. John Reeks (La. No. 11134)
Leland G. Horton (La. No. 26928)

401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101-5529
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

--  Attorneys for EXCO Resources, Inc.
     and EXCO Operating Company, LP

(T.A.)  T. Taylor Townsend
KELLY & TOWNSEND, LLC
P.O. Box 756
Natchitoches, LA 71458-0756

Alexander J. Mijalis
LUNN IRION SALLEY CARLISLE
330 Marshall Street, Suite 500
Shreveport, LA 71101

J. Chris Guillet
CORKEN, CREWS & GUILLET, LLC
616 Front Street
Natchitoches, LA 71457

     /s N. Frank Elliot III_____
N. Frank Elliot III,
N. Frank Elliot III, LLC
Post Office Box 3065
Lake Charles, LA 70602

---   Attorneys for David L. Andre, individually
       and on behalf of all other similarly situated

## **CERTIFICATE**

I HEREBY certify that a copy of the forgoing pleading has been served upon all known counsel of record by the electronic notice system of this court or by depositing a copy of the same in the United States Mail, properly addressed and with adequate postage affixed thereon. Additionally, all known counsel have consented and joined in this motion.

Counsel for the Plaintiffs was consulted and agrees to the requested extension.

Shreveport, Louisiana, this 12th day of August 2014.


                                                               /s Leland G. Horton
                                                                OF COUNSEL