**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT LOUISIANA**
**SHREVEPORT**

| | |
|---|---|
| **DANIEL BECKMAN, ET AL** | **CIVIL ACTION NO. 5:11-CV-00617** |
| **VERSUS** | **JUDGE TOM STAGG** |
| **EXCO RESOURCES, INC., ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

CONSIDERING the foregoing "Joint Motion to Dismiss with Prejudice" filed herein by counsel for all parties and being satisfied that this matter has been settled and compromised,

IT IS HEREBY ORDERED THAT this matter be, and it is hereby, dismissed, with prejudice, with costs borne as agreed between the parties.

THUS, DONE AND SIGNED at Shreveport, Louisiana, this __14__ day of __August__, 2014.

_____
DISTRICT JUDGE

1828335

1